UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

GEORGE PAUL JANSSEN JR.,

Defendant.

Case: 1:25−cr−20533
Assigned To : Ludington, Thomas L.
Referral Judge: Morris, Patricia T.
Assign. Date : 7/17/2025
Description: INFO USA V. JANSSEN (NA)

_____

**I N F O R M A T I O N**
_____

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
### (18 U.S.C. § 1344)
### (Financial Institution Fraud)

On or about June 7, 2016, to on or about October 30, 2023, in the Northern Division of the Eastern District of Michigan, George Janssen, knowingly executed a scheme or artifice to defraud and to obtain money, funds or other property owned by or under the control of COPOCO Credit Union, DORT Credit Union, and others financial institutions by means of material false or fraudulent pretenses, representations, or promises, in violation of 18 U.S.C. § 1344.

1

Dated:  July 17, 2025                          THIS IS A TRUE BILL.


JEROME F. GORGON JR.
United States Attorney


*s/Anthony P. Vance*
ANTHONY P. VANCE                          ROY R. KRANZ
Assistant United States Attorney          Assistant U.S. Attorney
Chief, Branch Offices                      101 First Street, Suite 200
                                           Bay City, Michigan 48708-5747
                                           (989) 895-5712
                                           Roy.Kranz@usdoj.gov
                                           (P56903)

2

**Companion Case information MUST be completed by AUSA and initialed**

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number 1:25−cr−20533 |
|---|---|---|

**NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.**

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)[1]**: | **Judge Assigned:** Thomas L. Ludington |
| ☐ **Yes**      x **No** | **AUSA's Initials:** RRK |

**Case Title:** USA v.  George Janssen

**County where offense occurred:**  Bay City

**Check One:  X Felony      __ Misdemeanor    __ Petty**

_____Indictment/____Information ---   **no** prior complaint.
_____Indictment/__X__Information ---   based upon prior complaint [**25-mj-30088**]
_____Indictment/____Information ---   based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

## Superseding Case Information

**Superseding to Case No:** _____    **Judge:** _____

☐    Corrects errors; no additional charges or defendants.
☐    Involves, for plea purposes, different charges or adds counts.
☐    Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

Date:   July 17, 2025

s/Roy R. Kranz
Roy R. Kranz
Assistant United States Attorney
101 First Street, Suite 200, Bay City, MI 48708
Phone:   989-895-5712
Fax: 989-895-5790
E-Mail address: roy.kranz@usdoj.gov
Attorney Bar #:   P56903

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.